

# NUMBER 13-18-00383-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE COLUMBIA RIO GRANDE HEALTHCARE, L.P., D/B/A RIO GRANDE REGIONAL HOSPITAL

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides Per Curiam Order**

Relator Columbia Rio Grande Healthcare, L.P., d/b/a Rio Grande Regional Hospital, filed a petition for writ of mandamus in the above cause on July 16, 2018. Through this original proceeding, relator seeks to compel the trial court to (1) withdraw its June 6, 2018 order denying its motion to compel discovery, and (2) grant relator's motion to compel answers to discovery. The Court requests that the real party in interest, Elizabeth Velazquez, as natural parent and next friend of K.M., a minor, or any others whose interest would be directly affected by the relief sought, file a response to the

petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of July, 2018.